UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MUELLER SUPPLY COMPANY, INC.
d/b/a MUELLER, INC.,

      Plaintiff,

v.

JNL STEEL COMPONENETS, INC.,
et al.,

      Defendants.

No. 6:21-CV-036-H

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(b)(2)(A), the Court enters judgment based on the jury's verdict (Dkt. No. 196). The plaintiff moved for entry of judgment (Dkt. No. 197), and the defendants are unopposed. *Id.*; Dkt. No. 199. The motion is granted, and the Clerk of Court is directed to close the case.

This action was tried by a jury from February 6, 2023, until February 13, 2023, with Judge James Wesley Hendrix presiding. Based on the jury's February 13, 2023 general verdict with answers to written questions (Dkt. No. 196), the Court hereby orders that:

1. Plaintiff Mueller Supply Company, Inc. recover from defendant Web Plant Media, LLC the amount of $4,000, plus post-judgment interest at the rate of 5.04% from the date of entry of the judgment until the day the judgment amount (including post-judgment interest) is paid; and

2. Plaintiff Mueller Supply Company, Inc. recover from defendant JNL Steel Components, Inc. the amount of $2,142,857.14, plus post-judgment interest at

the rate of 5.04% from the date of entry of the judgment until the day the

judgment amount (including post-judgment interest) is paid.

So ordered on March 10, 2023.

                                                _____

                                                JAMES WESLEY HENDRIX
                                                UNITED STATES DISTRICT JUDGE